871-15

# ELECTRONIC RECORD

COA #   01-14-00807-CR                OFFENSE:  DWI  (Motion to Suppress)

STYLE:  Allison Leigh Campbell v. The State of Texas                COUNTY:  Harris

COA DISPOSITION:    AFFIRM                TRIAL COURT:  Co Crim Ct at Law No 12

DATE: 07/02/2015              Publish: NO   TC CASE #:      1923909

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Allison Leigh Campbell v. The State of Texas                CCA #:      871-15

_____APPELLANT'S_____ Petition                CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:                DATE: _____

_____REFUSED_____                JUDGE: _____

DATE: __10/14/2015__                SIGNED: _____        PC: _____

JUDGE: __Per Curiam__                PUBLISH: _____        DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**